**SET ASIDE AND REMANDED; Opinion Filed November 4, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00440-CV

**LONNIE CHARLES CHALMERS, Appellant**
**V.**
**CITY OF DALLAS POLICE DEPARTMENT, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-14982**

## MEMORANDUM OPINION

Before Justices Moseley, Lang, and Brown
Opinion by Justice Lang

Before the Court is the parties' agreed motion to set aside the trial court's judgment and remand the case to the trial court. The parties ask the Court to set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with their agreement. We grant the parties' motion, set aside the trial court's judgment signed on January 10, 2013 without regard to the merits, and remand this case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P.42.1(a)(2)(B).

130440F.P05

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LONNIE CHARLES CHALMERS,
Appellant

No. 05-13-00440-CV        V.

CITY OF DALLAS
POLICE DEPARTMENT, Appellee

On Appeal from the 191st Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. 10-14982.
Opinion delivered by Justice Lang.  Justices
Moseley and Brown, participating.

In accordance with this Court's opinion of this date, the judgment of the trial court is **SET ASIDE** and this case is **REMANDED** to the trial court for rendition of judgment in accordance with the parties' agreement.

Subject to any agreement between the parties, it is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered this 4th day of November 4, 2013.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

–2–